```
 1
 2
 3                              JS-6
 4
 5
 6
 7
 8            UNITED STATES DISTRICT COURT
 9           CENTRAL DISTRICT OF CALIFORNIA
10
11  JAMES HUMBLE-SANCHEZ,    )  Case No. EDCV 07-222-VAP
                             )  (OPx)
12           Plaintiff,      )
                             )  JUDGMENT
13       v.                  )
                             )
14  MICHAEL CHERTOFF,        )
    Secretary, U.S. Dept. of )
15  Homeland Security;       )
    ALBERTO GONZALEZ,        )
16  Attorney General United  )
    States,                  )
17                           )
             Defendants.     )
18  _____)
19
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, as well as the Order Granting Defendant's Motion for Summary Judgment filed on July 14, 2008, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: August 20, 3008

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge